1014

*In the Matter of the Marriage of* NEIL W. NELSON, *Respondent,* and PAMELA F. NELSON, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-3-02012-9, Ronald L. Castleberry, J., entered September 22, 2005. *Remanded* by unpublished per curiam opinion.

*In the Matter of the Marriage of* JOSEPH J. AUSTIN, *Respondent,* v. SILVANA M. DI GIACOMO, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 99-3-06917-3, Laura C. Inveen, J., entered December 9, 2005. *Affirmed* by unpublished per curiam opinion.

THE STATE OF WASHINGTON, *Respondent,* v. WADE WILLIAM PIERCE, *Appellant.*

Appeal from a judgment of the Superior Court for Lewis County, No. 04-1-00323-1, David R. Draper, J., entered January 7, 2005. *Affirmed in part* and *reversed in part* by unpublished opinion per Penoyar, J., concurred in by Houghton, C.J., and Armstrong, J.